Form 704-8B
Rev.  1/05

UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
LYNCHBURG DIVISION

**In re:  Howard Lee Watson**                                                                    **Case No. 09-62496**
       **Lorraine Jane Watson**

               **Debtor(s)**                                                                                **Chapter 7**

**TRANSMITTAL OF SMALL DIVIDENDS**

Comes now the undersigned trustee and reports as follows:

1.    Distribution to creditors in an amount of less than Five Dollars ($5.00), unless authorized by the court is prohibited by Bankruptcy Rule 3010, unless authorized by the Court.  No such order has been entered by the court.

2.    The trustee has attached a separate sheet indicating the name, address, and amount due those creditors to whom distribution of less than five dollars would have been made if ordered by the Court.

3.    That the trustee's check payable to the Clerk, U.S. Bankruptcy Court, for the dividends of less than five dollars is attached with the request that such funds be deposited in the U.S. Treasury.


Date:  April 14, 2010                                      **/s/ William F. Schneider**
                                                      William F. Schneider, Trustee

William F. Schneider, Trustee
P.O. Box 739
Lynchburg, VA  24505
434.528.0411
434.845.3666 (Fax)

Form 704-8B
Rev.  1/05

PYOD LLC its successors and assigns          $1.22
as assignee of Citibank
c/o Resurgent Capital Services
PO Box 19008
Greenville, SC  29602

Recovery Management Systems Corporation      $3.81
For GE Money Bank
dba Old Navy
25 SE 2nd Ave., Ste. 1120
Miami, FL  33131